WO

\_ FILED \_ LODGED
\_ RECEIVED \_ COPY

NOV 0 8 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | ) CR 03-1132-2-PHX-JAT |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| Irwin Carl Foster, | ) **ORDER** |
| Defendant. | ) |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on November 6, 2006.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a flight risk. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1  **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2  court.
3  DATED this 8th day of November, 2006.

   _____
   Lawrence O. Anderson
   United States Magistrate Judge